IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE:<br>JUAN ANGEL NIEVES QUIÑONES<br>YAMIR GARCIA SEGARRA<br><br><br>DEBTOR(S)<br>_____<br><br>JUAN ANGEL NIEVES QUIÑONES<br>YAMIR GARCIA SEGARRA<br>PLAINTIFF(S)<br><br><br>BANCO POPULAR DE PUERTO RICO<br><br>WIGBERTO LUGO MENDER, ESQ<br>AS CHAPTER 7 TRUSTEE<br>DEFENDANT(S) | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CASE NO. 18-05445/BKT<br><br><br>CHAPTER 7<br><br>**ADVERSARY 18-00138/BKT** |

CERTIFICATE OF SERVICE
RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS

TO THE HONORABLE COURT:

**I ROBERTO FIGUEROA CARRASQUILLO**, attorney for plaintiffs, certify that on December 6th, 2018, a true copy of the adversary cover sheet, complaint and summons, issued by the Court in the above captioned proceeding, were mailed to defendant Banco Popular de Puerto Rico c/o Richard L. Carrión President, PO Box 362708, San Juan PR 00936-2708, certified mail #70142120000093435986; Banco Popular de Puerto Rico c/o Carlos G. Batista Jimenez Esq, PO Box 331150, Ponce PR 00733-1150, certified mail #70161370000074985220; Wigberto Lugo Mender, Chapter 7 Trustee, Lugo Mender & Co. Centro Internacional de Mercadeo, 100 Carr 165 Suite 501, Guaynabo PR 00968-8052, certified mail #70161370000074985008.

Page -2-
Certificate of Service
Adversary Proceeding 18-00138/BKT

Attached is copy of delivery receipt for each party that was noticed as herein stated.

**CERTIFICATE OF SERVICE**: The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants. I also certify that a copy of this certificate of service was served by regular mail to plaintiff/debtor Juan Angel Nieves Quiñones and Yamir Garcia Segarra, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of December, 2018.

/s/ *Roberto Figueroa-Carrasquillo*
R. FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PLANTIFFS
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

| Postage | $ | $2.75 | 0726 |
| Certified Fee | | $0.00 | 01 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | Postmark Here |
| | $0.71 | | |
| Total Postage & Fees | $ | $6.71 | 12/06/2018 |

Sent To *Banco Popular de Puerto Rico*
*c/o Richard L. Carrion, President*
Street & Apt. No. or PO Box No. *PO Box 362708*
City, State, ZIP+4 *San Juan, P.R. 00936-2708*

PS Form 3800, July 2014                 See Reverse for Instructions

7014 2120 0000 9343 5986

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee  $3.45
$                        $2.75          0726
Extra Services & Fees (check box, add fee as appropriate)      01
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required          $ $0.00      Here
☐ Adult Signature Restricted Delivery $
Postage            $0.71
$
Total Postage and Fees              12/06/2018
$          $6.91

Sent To *Banco Popular de Puerto Rico*
*c/o Carlos G. Batista Jiménez, Esq.*
Street and Apt. No., or PO Box No. *PO Box 331150*
City, State, ZIP+4 *Ponce P.R. 00733-1150*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 1370 0000 7498 5220

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee  $3.45
$                        $2.75          0726
Extra Services & Fees (check box, add fee as appropriate)      01
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required          $ $0.00      Here
☐ Adult Signature Restricted Delivery $
Postage            $0.71
$
Total Postage and Fees              12/06/2018
$          $6.91

Sent To *Wigberto Lugo Mender, Chapter 7 Trustee*
Street and Apt. No., or PO Box No. *Centro Int. de Mercadeo 100 Carr 165 Suite 501*
City, State, ZIP+4 *Guaynabo P.R. 00968-8052*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 1370 0000 7498 5008