IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 18-05846 MCF |
| | * | |
| ESPERANZA DE LA CRUZ | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

### DEBTOR'S MOTION REQUESTING *ORDER DISMISSING CASE* DOCKET NO. 22 BE SET ASIDE/RECONSIDERATION

**TO THE HONORABLE COURT:**

**COMES NOW, ESPERANZA DE LA CRUZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On November 26, 2019, this Honorable Court issued an *Order Dismissing Case*, Docket No. 22, whereby the above captioned case was dismissed for the Debtor's failure to maintain current Plan payments, incurring in arrears in the sum of $1,720.00, as per a *Trustee's Motion to Dismiss*, Docket No. 21.

2. That the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 21, stating that the Debtor was in arrears in the Plan payments in the sum of $1,720.00.

3. That on the Debtor respectfully admits to the aforestated arrears and respectfully states that the reason for having incurred in these arrears is that the Debtor was temporarily unemployed and, thus, was unable to make the Plan payments for the months of July, August, September and October/2019.

4. That the Debtor was called back to work at her previous place of work, Department of Education, and on November 20, 2019, the Debtor commenced making payments to the Trustee to partially cure the Plan arrears.

Page -2 –
Debtor's motion for reconsideration
Case no. 18-05846 MCF13

5. That the Debtor made the following recent payments to the Trustee:

   ---November 20, 2019     $860.00 ($430 x 2); Postal M.O. 26046622247

   ---December 02, 2019     $430.00; Postal M.O. 26046664986.

6. That the Debtor is still in arrears in the confirmed Plan payments to the Trustee in the sum of $860.00, which balance the Debtor will pay on or before the 16th of December, 2019, and inform the Court, accordingly.

8. The Debtor respectfully requests that the Court grant the present motion to set aside the Order dismissing case (Docket No. 22) and allow the Debtor to continue under the protection of this Honorable Court.

9. That in the present case, the Debtor partially cured the balance owed in the Plan arrears under the confirmed Plan. However, the Debtor forgot to timely reply and/or request an extension of time within to cure the balance on the Plan arrears.

10. This motion requesting order of dismissal be set aside/reconsideration is grounded on Rule 9024 of the Federal Rules of Bankruptcy Procedure, which applies Rule 60 of the Federal Rules of Civil Procedure.

11. Under Rule 60 (b) (1) and (6), within a reasonable time, a debtor may request the Court to relieve him from a final order for the following reasons: mistake, inadvertence, surprise, or excusable neglect and/or for any other reason justifying relief from the operation of the judgment. Rule 60 (b) (1) and (6) of the Federal Rules of Civil Procedure.

Page -3 –
Debtor's motion for reconsideration
Case no. 18-05846 MCF13

12. The Debtor respectfully submits that the Debtor made partial payments to the Plan arrears (paid-in the sum of $1,290.00) and partially cured the arrears as stated by the Trustee in his motion requesting dismissal, Docket No. 21 (reducing the arrears balance owed to $860.00).

13. The Debtor respectfully prays the Court re-open and set aside the *Order Dismissing Case*, Docket no. 22, allowing the Debtor to pay the balance owed in the Plan arrears and continue under the protection of the Bankruptcy Court.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant this motion and set aside/reconsider the November 26, 2019, *Order Dismissing Case*, Docket No. 22, entered in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of this motion to:

Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; Monsita Lecaroz Arribas, Esq., United States Trustee's Office; and to all CM/ECF participants; I also certify that a copy of

Page -4 –
Debtor's motion for reconsideration
Case no. 18-05846 MCF13

the same has been sent via US Mail to the Debtor Esperanza De La Cruz, Borinquen Park Apt 116 Caguas PR 00725, and to all creditors and parties in interest (CM/ECF non-participants) appearing in the Master Address List, hereby attached.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 06th day of December, 2019.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787- 744-7699 FAX 787-746-5294
Email:rfc@rfigueroalaw.com





| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-05846-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Fri Dec 6 07:35:46 AST 2019 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ACM CDGY VI REO LLC<br>3144 S. WINTON ROAD<br>ROCHESTER, NY 14623-2981 |
| Autoridad Acueductos Y Alcantarillados<br>PO Box 5729<br>Caguas, PR 00726-5729 | Autoridad de Energia Electrica<br>PO Box 363508<br>San Juan, PR 00936-3508 | Cardona & Maldonado Law Offices PSC<br>PO Box 366221<br>San Juan, PR 00936-6221 |
| Cond Borinquen Park Apartments<br>Goyco Street<br>Caguas, PR 00725 | EOS CCA<br>700 Longwater Dr ATT<br>Norwell, MA 02061-1624 | ER Solutions<br>800 SW 39th St Sprint<br>Renton, WA 98057-4927 |
| Empresas Berrios Inc<br>PO Box 674<br>Cidra, PR 00739-0674 | Nationwide Recovery<br>2304 Tarpey Rd Ste 134 ATT Mobility<br>Carrolton, TX 75006-2467 | PREPA - BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 |
| RNPM LLC<br>PO Box 194499<br>San Juan, PR 00919-4499 | ESPERANZA DE LA CRUZ<br>BORINQUEN PARK APARTMENTS APT C116<br>CAGUAS, PR 00726 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACM CDGY VI REO, LLC

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17