B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re ESPERANZA DE LA CRUZ ,   Case No. 18-05846-MCF13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MMG I PR CR, LLC | ACM CDGY VI REO LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MMG I PR CR, LLC
3144 S. Winton Rd., Rochester NY 14623

Court Claim # (if known): 4
Amount of Claim: $38,805.42
Date Claim Filed: 11/19/2018

Phone: 585-377-2810
Last Four Digits of Acct #: 47

Phone: 585-377-2810
Last Four Digits of Acct. #: 57

Name and Address where transferee payments should be sent (if different from above):
MMG I PR CR, LLC
PO Box 70368, San Juan, PR 00936.

Phone: 585-377-3810
Last Four Digits of Acct #: 47

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Iliana Payano, Authorized Representative    Date: 11/03/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NOTE
PAGARE _Esperanza de la Cruz_

US$ 38,500.00                                            Caguas, Puerto Rico
                                                         City—(Ciudad)

                                                         April 3, 2001
                                                         3 de abril de 2001

— — FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay ORIENTAL BANK
— — POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a ORIENTAL BANK

AND TRUST————————————, or order the principal sum of THIRTY EIGHT THOUSAND FIVE
AND TRUST————————————, o a su orden, la suma principal de TREINTA Y OCHO MIL QUINIENTOS

HUNDRED DOLLARS ($38,500.00)
DOLARES ($38,500.00)

Dollars, with interest on the unpaid principal balance from the date of this Note, until paid, at the
Dólares, con intereses sobre el balance insoluto de principal desde la fecha de este Pagaré hasta su pago a

rate of EIGHT (8%) percent per annum. Principal and interest shall be payable at
razón del OCHO (8%) por ciento anual. El principal e intereses serán pagaderos en

CALLE NOYA Y HERNANDEZ NUM. 2
HUMACAO, PUERTO RICO 00661

or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

TWO HUNDRED EIGHTY TWO DOLLARS WITH FIFTY CENTS————— Dollars (US$ 282.50),
DOSCIENTOS OCHENTA Y DOS DOLARES CON CINCUENTA CENTAVOS——— Dólares (US$ 282.50),

on the FIRST day of each month beginning MAY, 2001, until
en el PRIMER día de cada mes comenzando el 1RO de MAYO de 2001, hasta

the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner
que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes

paid, shall be due and payable on FIRST DAY OF APRIL TWO THOUSAND THIRTY ONE
pagada, quedará vencida y pagadera en PRIMERO DE ABRIL DE DOS MIL TREINTA Y UNO

(APRIL 1ST, 2031)
(1RO DE ABRIL DE 2031)

— — — If any monthly installment under this Note is not paid when due and remains unpaid after a date
— — Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma

shall at once become due and payable at the option of the Note holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior.

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten percent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to, attorney's fees. — — — — —
cubrir las costas y gastos de dicho procedimiento, incluyendo, sin implicar limitación, honorarios de abogado. — — — — —

PUERTO RICO —1 to 4 Family— 6/75 — FNMA/FHLMC UNIFORM INSTRUMENT

— — Borrower shall pay to the Note holder a late charge of five (5%) percent of any
— — El Deudor pagara al tenedor de este Pagaré un cargo por pago atrasado de cinco (5%) por ciento de cualquier plazo

monthly installment not received by the Note holder within fifteen (15) days after the
mensual que no sea recibido por el tenedor de este Pagaré dentro de quince (15) días después de la fecha de

installment is due. — — — — — — — — — — — — — — — — — — — — — — — — —
vencimiento de dicho plazo. — — — — — — — — — — — — — — — — — — — — —

— — Borrower may prepay the principal amount outstanding in whole or in part. The Note holder
— — El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este Pagaré

may require that any partial prepayments (i) be made on the date monthly installments are due
podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos mensuales

and (ii) be in the amount of that part of one or more monthly installments which would be applicable
y (ii) sean en la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable

to principal. Any partial prepayment shall be applied against the principal amount outstanding and
a principal. Cualquier pago parcial por anticipado será aplicado contra el principal insoluto y

shall not postpone the due date of any subsequent monthly installments or change the amount of such
no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni cambiará el monto de dichos

installments, unless the Note holder shall otherwise agree in writing. If, within five years from the date
plazos, a menos que el tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco años desde la fecha

of this Note, the undersigned makes any prepayments in any twelve month period beginning with the
de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier período de doce meses comenzando con la

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
fecha de este Pagaré o la de sus aniversarios ("año del préstamo") con dineros prestados a los suscribientes por un

lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during each of the
prestador que no sea el tenedor del presente, los suscribientes pagarán al tenedor del presente (a) durante cada uno de los

first three loan years — — — — — — percent of the amount by which the sum of prepayments made
primeros tres años del préstamo — — — — — — por ciento de la cuantía por la cual el total de los pagos anticipados hechos

in any such loan year exceeds twenty percent of the original principal amount of this Note and
en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal de este Pagaré y

(b) during the fourth and fifth loan years — — — — — — — percent of the amount by which the sum of
(b) durante los cuarto y quinto años del préstamo — — — — — — — por ciento de la cuantía por la cual el total de los

prepayments made in any such loan year exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal

of this Note. — — — — — — — — — — — — — — — — — — — — — — — — — — —
de este Pagaré — — — — — — — — — — — — — — — — — — — — — — — — — —

— — Presentment, notice of dishonor and protest are hereby waived by all makers,
— — Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes,

sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus

makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
otorgantes, fiadores, garantizadores y endosantes y les obliga así como a sus herederos,

personal representatives, successors and assigns. — — — — — — — — — — — — — — —
representantes personales, sucesores y cesionarios. — — — — — — — — — — — — — —

— — Any notice to Borrower provided for in this Note shall be given by mailing such notice by
— — Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por

certified mail addressed to Borrower at the Property Address stated below, or to such other address as
correo certificado dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que

Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be
el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser

given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note, or at such other address as may have been designated by notice
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación

to Borrower. — — — — — — — — — — — — — — — — — — — — — — — — — — —

——The indebtedness evidence by this Note is secured by a Mortgage, dated of even date herewith, on
——La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente, sobre

property as indicated in Deed number ———12——— before the subscribing Notary __ __
propiedad según indicada en la Escritura número ———12——— ante el Notario suscribiente __ __

In Caguas———————, Puerto Rico, on April 3, 2001

C 116 BORINQUEN PARK APARTMENTS

*[signature]*
ESPERANZA DE LA CRUZ

CAGUAS, PUERTO RICO 00725
Property Address
Dirección de la Propiedad

AFFIDAVIT NUMBER  178

Suscribed to and acknowledged before me, the Notary, by the appearing party(ies),
of the personal circumstances described in the Deed previously mentioned, and whom I
identified, at the place and date above written.

*[Notary seal: JOSE SANCHEZ ACOSTA, PUERTO RICO, ABOGADO - NOTARIO]*

NOTARY PUBLIC

Pay to the order of
**RNPM, LLC**
Without Recourse
Oriental Bank
*[signature]*

Pay to the Order of
Oriental Bank
Without Recourse
Oriental Bank and Trust

## ALLONGE TO NOTE

For the purpose of further endorsement of the following described note, this allonge is affixed and becomes a part of said note.

Loan Number: 102554838

Note Date: 4/3/2001

Loan Amount: $38,500.00

Property Address: COND BORIKEN APARTMENTS APT C1, CAGUAS PR 00725-0000

Pay to the order of:
Oriental Bank

Without Recourse:
Oriental Bank and Trust

By: _____
Name: _____
HECTOR SOTO
Secondary Market

## ALLONGE

Pay to the order of **ACM CDGY VI REO LLC**, without recourse and without any representation or warranty of any kind whatsoever, express or implied, or by operation of law.

Dated as of August 21, 2018

**RNPM, LLC**

By: _____
Name: Ismenia Isidor
Title: Authorized Representative


Pay to the Order of: _____
For Cancellation Purposes Only
Without Recourse
ACM CDGY VI REO LLC
By: _____
John M. Himmelberg
Authorized Representative
ENDORSEMENT CANCELLED


Pay to the Order of: MMG I PR CR, LLC
Without Recourse
ACM CDGY VI REO LLC
By: _____
John M. Himmelberg
Authorized Representative