IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ESPERANZA DE LA CRUZ<br><br><br><br>   Debtor(s)<br>-------------------------------------------------------------------<br>MMG1 PR CR, LLC<br><br><br>ESPERANZA DE LA CRUZ<br><br><br><br>and JOSE RAMON CARRION MORALES<br>as DEBTOR(S) TRUSTEE<br><br>   Respondent(s) | CASE NO. 18-05846 MCF<br><br>CHAPTER 13<br><br><br><br>(X) of acts against property<br>   under 11 USC § 362 (d) (1)<br>   "CAUSE" |

**CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

I HEREBY CERTIFY that a copy of the Notice on Motion for Relief of Stay Under 11 U.S.C. § 362 and of the Motion Requesting Relief from the Automatic Stay filed by secured creditor MMG1 PR CR,LLC, was sent on November 6 2020 (within five (5) days after issuance of the notice), by certified mail with return receipt requested , to the debtor(s) and to debtor's attorney  Roberto Figueroa Carrasquillo Esq.

Also a copy of the Motion Requesting Relief from the Automatic Stay was sent to debtor's attorney, Trustee and all CM/ECF participants electronically using the CM/ECF system.

A copy of  this Certificate of Service was sent to debtor(s) by first class mail at their address of record and to debtor's attorney and Trustee electronically using CM/ECF system.

   In Caguas, Puerto Rico on the 9 day of November 2020.


Certified mail:70182290000034634243-Debtors
          70182290000034634250-Atty.

/s/  Isayra Bague Diaz ,Esq.
PMB 181 PO BOX 4952
Caguas PR 00726
E-mail: ibdiazlaw@gmail.com
USDC 225114
Tel:787-536-6719