THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ESPERANZA DE LA CRUZ

DEBTOR

CASE NO. 18-05846/MCF

CHAPTER 13

**DEBTOR'S MOTION IN COMPLIANCE WITH ORDER, DOCKET NO 63, AND REQUEST FOR ADDITIONAL EXTENSION OF TIME**

TO THE HONORABLE COURT:

**NOW COMES, ESPERANZA DE LA CRUZ**, Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Before the Court there is a *Trustee's Motion to Dismiss*, Docket No. 61, *and Motion Requesting Extension of Time to Reply to Motion to Dismiss*, Docket No 62.

2. On August 16, 2021, this Honorable Court granted the Debtor thirty (30) days to file evidence of being current. *ORDER*, Docket No. 63.

3. The Debtor hereby respectfully informs the Court that on August 23, 2021, she made one (1) $984.00 partial payment to the Trustee (money order no 27513835536), registered with the Trustee on September 8, 2021. Attached is copy of *Trustee's Financial Summary* as evidence of said payment made to the Trustee.

4. However, the Debtor respectfully states that she [the Debtor] has been unable to cure the balance in the Plan arrears within the period of time granted by the Court for the reason that she has had to incur in certain extraordinary expenses due to her medical/health condition.

5. The Debtor respectfully submits to this Honorable Court that on September 29, 2021, she will pay the current balance owed in arrears in the amount of $656.00, to cure any and all confirmed Plan payment arrears.

Page - 2 -
Motion In Compliance with ORDER
Case no. 18-05846/MCF13

6. Therefore, the Debtor respectfully requests an additional fourteen (21) days in order to make the required payment, file evidence of curing the Plan arrears, which extension of time to expire on October 06, 2021.

**WHEREFORE**, the Debtor requests this Honorable Court grant the present motion in compliance with ORDER, Docket No. 63, and grant the requested additional extension of time, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor to her address of record.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of September, 2021.

/s/ Roberto Figueroa Carrasquillo
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS, PR 00726-0186
TEL. (787) 744-7699/787-963-7699
EMAIL rfc@rfigueroalaw.com



Print Page  Printer Friendly

## FINANCIAL SUMMARY - CASE 18-05846

ESPERANZA DE LA CRUZ paying **$328.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date ˅  Select Claim ID ˅  Select Payee Name ˅  Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 9/8/2021 | | | 000000000005536 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $984.00 | | |
| 8/9/2021 | | | 000000000003952 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $328.00 | | |
| 5/4/2021 | | | 000000000006398 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $656.00 | | |
| 1/11/2021 | | | 000000000001383 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $328.00 | | |
| 12/14/2020 | | | 000000000009112 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $328.00 | | |
| 10/22/2020 | | | 000000000008016 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 9/28/2020 | | | 000000000005092 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 9/16/2020 | | | 000000000003686 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 8/17/2020 | | | 000000000003173 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 6/30/2020 | | | 000000000005207 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $860.00 | | |
| 3/6/2020 | | | 000000000004650 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 3/5/2020 | | | 000000000000972 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 3/5/2020 | | | 000000000005655 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 1/24/2020 | | | 000000000006890 | LOCKBOX CORRECTIONS FTB | $430.00 | | |
| 12/23/2019 | | | 000000000006821 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $860.00 | | |
| 12/6/2019 | | | 000000000004986 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 11/25/2019 | | | 000000000002247 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $860.00 | | |
| 7/25/2019 | | | 000000000001168 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 6/24/2019 | | | 000000000006918 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 5/14/2019 | | | 000000000003876 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 3/26/2019 | | | 000000000004153 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 3/26/2019 | | | 000000000000261 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 2/11/2019 | | | 000000000000672 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 12/10/2018 | | | 000000000003143 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| 11/2/2018 | | | 000000000003486 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $430.00 | | |
| | | | | Totals: | $12,514.00 | $0.00 | |