IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ESPERANZA DE LA CRUZ

xx-xx-0240

Debtor(s)

CASE NO. 18-05846-MCF13

Chapter 13

FILED & ENTERED ON OCT/26/2021

ORDER

The Trustee is to file within 14 days a status of plan payments report. Order is due by 11/09/2021.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26 day of October, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge