```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>ESPERANZA DE LA CRUZ<br><br>      DEBTOR (S) | CASE NO. 18-05846-MCF<br><br>CHAPTER 13 |

### TRUSTEE'S REPORT REGARDING THE STATUS
### OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

   José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

   1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

   2. As of October 27, 2021 our record of payments received in this case reflects the following:

- Total Paid in:         $12,514.00
- Balance on Hand:       $0.00
- Last Payment date:     September 08, 2021
- Last Payment Amount:   $984.00
- Amount in Default:     $984.00
- Plan Date:             November 18, 2020

   3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

   WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

   I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

   In San Juan, Puerto Rico this Wednesday, October 27, 2021.

/s/ Nannette Godreau
Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884,
San Juan, P.R. 00902-3884